UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL PRASAD,<br><br>        Plaintiff,<br><br>   v.<br><br>WELLS FARGO HOME MORTGAGE,<br><br>        Defendant. | Case No.16-cv-04941-YGR<br><br>**ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO APPEAR ADR** |

**TO PLAINTIFF SUNIL PRASAD AND HIS COUNSEL OF RECORD:**

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** why you should not be sanctioned in the amount of **$250.00** for failure to appear at ADR Early Assessment Telephone Conference on October 21, 2016, at 12:00 p.m. (*See* Dkt. Nos. 15 [referral order]; 16 [ADR Clerk's Notice].)

You are directed to file a written response to this Order to Show Cause no later than **November 4, 2016**. If you request a hearing, the Court will notify you of the time and date of such hearing.

Failure to file a written response timely will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

**IT IS SO ORDERED.**

Dated: October 28, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**