UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SUNIL PRASAD,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO HOME MORTGAGE,<br><br>        Defendant. | Case No.16-cv-04941-YGR<br><br>**ORDER RECALLING AND VACATING ORDER TO SHOW CAUSE; DIRECTING PARTIES TO FILE STATUS RE: ADR EFFORTS AND SETTING COMPLIANCE DATE** |

The Court is in receipt of Plaintiff's Response to its Order to Show Cause of October 28, 2016. In light of the representations therein, the Order to Show Cause is hereby **VACATED AND RECALLED**. No sanctions will be ordered.

The Court hereby **SETS** a compliance hearing for **December 2, 2016**, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file a joint statement regarding the status of any ADR or resolution efforts to date. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Dated: November 10, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**