UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL PRASAD,<br><br>          Plaintiff,<br><br>   v.<br><br>WELLS FARGO HOME MORTGAGE,<br><br>          Defendant. | Case No. 16-cv-4941-YGR<br><br>**ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO FILE TIMELY CASE MANAGEMENT STATEMENT; CONTINUING CASE MANAGEMENT CONFERENCE; VACATING DECEMBER 2, 2016 COMPLIANCE HEARING** |

As of the date of this order, the parties have not filed either a joint case management statement for the December 5, 2016 Case Management Conference **or** a joint statement as directed by this Court's Order of November 10, 2016 (Dkt. No. 22) directing the parties to file a joint statement on the status of their ADR efforts after Plaintiff's failure to participate in the scheduled ADR phone conference.

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned in the amount of $300.00 each, for failure to file a Joint Case Management Statement. The Court notes that this is the second time Plaintiff has failed to comply with this Court's orders and local rules.

A hearing on this Order to Show Cause will be held on **Monday, December 12, 2016,** on the Court's **2:01 p.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than **December 2, 2016**, the parties must file both: (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities; and (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to comply with the Local Rules and this Court's orders. If the Court is satisfied with the parties' response, the parties need not appear and the hearing on

the Order to Show Cause will be taken off calendar. Otherwise, lead trial counsel must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a joint statement, written response, or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for December 5, 2016, is **CONTINUED** to **December 12, 2016, at 2:00 p.m.** The compliance hearing regarding the status of ADR set for December 2, 2016, is **VACATED**.

**IT IS SO ORDERED.**

Dated: November 29, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2