1  Sunil Prasad, *In pro per*
   sunprasad@comcast.net
2  5789 Ring Ct.,
   Fremont, California 94538-3910
3  Tel.: (510) 656-5869

4  Viddell Lee Heard (# 175049)
   vheard@afrct.com
5  ANGLIN FLEWELLING RASMUSSEN
   CAMPBELL & TRYTTEN LLP
6  301 N. Lake Avenue, Suite 1100
   Pasadena, California 91101-2459
7  Tel:  (626) 535-1900; Fax:  (626) 577-7764

8  Attorneys for Defendant
   WELLS FARGO BANK, N.A., successor by
9  merger with Wells Fargo Bank Southwest, N.A..
   f/k/a Wachovia Mortgage, FSB. f/k/a World
10 Savings Bank, FSB (erroneously sued as "Wells
   Fargo Home Mortgage")

11

12                      UNITED STATES DISTRICT COURT

13         FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

14

15

16 SUNIL PRASAD, an individual and borrower,     Case No.: 4:16-cv-04941-YGR

17          Plaintiff,             *[Hon. Yvonne Gonzalez Rogers]*

18      v.                  **ORDER GRANTING**
**STIPULATION OF DISMISSAL WITH**
19 WELLS FARGO HOME MORTGAGE, a       **PREJUDICE**
   business entity; and DOES 1 through 10
20 inclusive,

21         Defendants.

22

23

24

25 / / /

26 / / /

27 / / /

28 / / /

1    Plaintiff Sunil Prasad and defendant Wells Fargo Bank. N.A. ("Wells Fargo") hereby

2  stipulate as follows:

3    WHEREAS, Plaintiff was originally represented by Erikson Davis of the Real Estate Law

4  Center (RELC), who filed this action on Plaintiff's behalf on or about May 5, 2016.

5    WHEREAS, on or about January 6, 2016, Davis was suspended from the practice of law

6  by the State Bar of California for a period of two years. Plaintiff and Wells Fargo have been

7  informed that RELC closed operations in December 2016. Davis stopped communicating with

8  counsel for Wells Fargo in December 2016. Plaintiff is therefore representing himself *in pro per*.

9  Counsel for Wells Fargo has advised Plaintiff to notify Wells Fargo as soon as possible if he

10  retains counsel for this action.

11    WHEREAS, the parties have reached agreement on a confidential settlement, one

12  provision of which requires that Plaintiff dismiss this action as against all parties with prejudice.

13    THEREFORE, pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a settlement

14  agreement, the parties hereby stipulate that this action is dismissed in its entirety with prejudice.

15    IT IS SO STIPULATED

16

17  Dated: January 18, 2017                 ANGLIN FLEWELLING RASMUSSEN
                                            CAMPBELL & TRYTTEN LLP
18
                                            By:   */s/ Viddell L. Heard*
19                                                Viddell L. Heard
                                            Attorneys for Defendant
20                                          WELLS FARGO BANK, N.A., successor by
                                            merger with Wells Fargo Bank Southwest, N.A.,
21                                          f/k/a Wachovia Mortgage. FSB. f/k/a World
                                            Savings Bank, FSB (erroneously sued as "Wells
22                                          Fargo Home Mortgage")

23
    Dated: January ____, 2017
24
                                            By: _____
25                                                Sunil Prasad, *In pro per*

26

27       IT IS SO ORDERED.

28     Dated: February 9, 2017

                                            YVONNE GONZALEZ ROGERS
                                            UNITED STATES DISTRICT COURT

93000/BR2046/01567655-1 {